UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  2:21-cv-03183-VAP-MRWx                                Date: July 6, 2021

Title  **_L. Ray Harmon v. Gentle Care Health Spa and Massage et al_**

Present: The Honorable:  VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Christine Chung | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (IN CHAMBERS)**

Plaintiff(s) is ordered to show cause in writing no later than **July 13, 2021** why this action should not be dismissed for lack of prosecution as to Defendant Gentle Health Spa and Massage.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- **Plaintiff's request for entry of default as to Defendant Gentle Care Health Spa and Massage;**

- **Answer** by Defendant Gentle Care Health Spa and Massage or responsive pleading

In the event both documents are filed before the above date, the answer will take precedence.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

:00
**Initials of Preparer**  CCH